■ AMINTA REYES, Respondent, v MICHAEL STAUBER et al., Appellants. [731 NYS2d 857] —In an action, *inter alia,* to recover damages for personal injuries, the defendants appeal from an order of the Supreme Court, Nassau County (Brandveen, J.), entered December 26, 2000, which granted the plaintiff's motion to quash a subpoena served on her attorney.

Ordered that the order is affirmed, with costs.

The Supreme Court properly granted the plaintiff's motion to quash a subpoena served on her attorney (*see, Anheuser-Busch, Inc. v Abrams,* 71 NY2d 327; *Golden Mark Maintenance v Alarcon,* 265 AD2d 377; *Matter of County of Nassau Police Dept. v Judge,* 237 AD2d 354). S. Miller, J. P., McGinity, Schmidt and Townes, JJ., concur.